Arlen Khachatourians, Esq. (SBN: 334719)
**DOWNTOWN L.A. LAW GROUP**
540 S Santa Fe Ave
Los Angeles, CA 90013
Telephone: (213) 723-2122
Fax: (877) 389-2775
Email: arlen@downtownlalaw.com

Attorneys for Plaintiff,
SHRONDA CAGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SHRONDA CAGE, an individual;

Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation; DOE 1 (MANAGER); and DOES 2-50, inclusive.

Defendants.

Case No.: 26-cv-06812-JD

*Assigned to Hon. Judge James Donato, District Judge*

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO REMAND**

**TO THE HONORABLE COURT:**

Plaintiff SHRONDA CAGE ("Plaintiff") and Defendant TARGET CORPORATION, a Minnesota corporation ("Defendant") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff agrees to dismiss DOE 1 (MANAGER) from this action;
2. Plaintiff further agrees that she will not amend the Complaint, substitute any Doe defendant, or otherwise seek to join or add as a defendant in this action any current or former employee of Target Corporation;

3. In consideration of the foregoing, Target agrees to the remand of this action to the Superior Court of California, County of Marin, and agrees that it will not oppose remand;

4. Target further agrees that, following remand, it will not remove or otherwise seek to remove this action to federal court at any time in the future;

5. The parties jointly request that the Court enter the attached Order approving this stipulation and remanding this action to the Superior Court of California, County of Marin.

SO AGREED AND STIPULATED.

Dated: August 3, 2026

**DOWNTOWN L.A. LAW GROUP**

By: ______________________

Arlen Khachatourians, Esq.
Attorneys for Plaintiffs
SHRONDA CAGE

Dated: August 3, 2026

**VOGL MEREDITH BURKE & STREZA LLP**

By: ***/s/ Emily Fowler***
Emily Fowler Esq.
Attorneys for Defendant
TARGET CORPORATION

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 540 S Santa Fe Ave, Los Angeles, CA 90013.

On August 3, 2026, I served the foregoing document described as: **JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND** on said parties in this action as follows:

***Attorneys for Defendant***
***TARGET CORPORATION, a Minnesota Corporation***

Emily Fowler Esq. (SBN 258152)
VOGL MEREDITH BURKE & STREZA LLP
456 Montgomery Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 398-0200
Facsimile: (415) 398-2820
Email:
efowler@vmbllp.com;
socal.legal@farmersinsurance.com;
nicole.velasquez@farmersinsurance.com

**[X]** **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated pursuant to CCP § 1010.6. Please serve all documents electronically to the following email addresses: **arlen@downtownlalaw.com**, **Isabel.olmos@downtownlalaw.com** and **cecilia.gonzalez@downtownlalaw.com**.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 3, 2026, at Los Angeles, California.

***/s/Cecilia Gonzalez***
Cecilia Gonzalez

**~~[PROPOSED]~~ ORDER ON STIPULATION**

1. Based on the parties' stipulation that Plaintiff will dismiss **DOE 1 (MANAGER)** and will not add or join any current or former employee of Target Corporation as a party to this action, and that Target Corporation will not remove or otherwise seek to remove this action to federal court at any time in the future, **this action is REMANDED to the Superior Court of California, County of Marin.**

IT IS SO ORDERED.

Dated: 8/7/2026

HON. JUDGE JAMES DONATO